LIBERTY MUTUAL INSURANCE COMPANY, Respondent, v. J. J. FISHER COMPANY, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMORY KLEIN et al., Defendants, and LOUIS G. SMALL, Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

VILMAR LOETSCH, as Executrix of ROSE YANKOVICH, Deceased, et al., Respondents, v. NEW YORK CITY OMNIBUS CORPORATION et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and grant a new trial on the ground that there was prejudicial error in the exclusion of evidence. Settle order on notice.

CARLOS G. LOPEZ, Appellant, v. INTERNATIONAL AIRCRAFT TRADING CO., INC., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RENAH FLEISCHL, Appellant, v. MUTUAL BENEFIT LIFE INSURANCE COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SANBERE CORPORATION, Appellant, v. MITSUBISHI SHOJI KAISHA, LTD., Respondent.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ABRAHAM SENGERLICHT, Respondent, v. GUSTAVE H. HERBERT et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FELIX GIOVINAZZI, by FRANCES GIOVINAZZI, His Guardian ad Litem, et al., Appellants, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MAX MAYER, Doing Business Under the Name of SILVER LADY COMPANY, Respondent, v. JAC. FEINBERG & SON, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Glennon, J., dissent and vote to reverse and grant a new trial.